UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Sichuan Xinxiangyuantong Technology Co. Ltd., d/b/a Vtinva,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**Zhenzhen Zhu,**<br><br>        **Defendant.** | **Civil Action No. 4:24cv977**<br><br>**Jury Trial Demanded** |

## DECLARATION OF SHAOYI CHE

   I, Shaoyi Che, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am an attorney with YZ Law Firm LLP, located at 9355 John W. Elliott Dr, Ste 25555, Frisco, TX 75033, and I am licensed to practice in the State of Texas and the United States District Court for the Eastern District of Texas.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the US D971,180 Patent.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the email exchange between Plaintiff and Amazon showing unsuccessful appeals. (Added Comments in Red Text)

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Amazon listing page of the prior products that predate the effective filing date of the D180 Patent.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the communication from Amazon received by Plaintiff confirming the first commercially available date of the Vtinva Remote Control.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Oct 31, in Frisco, Texas.

*Shaoyi Che*

Shaoyi Che

YZ Law Firm LLP